IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CAROLYN RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-00237-O |
| | § | |
| TARRANT COUNTY SHERIFFS OFFICE, | § | |
| et al., | § | |
| | § | |
| Defendants. | § | |

## JOINT STIPULATION OF DISMISSAL

NOW COME Plaintiff Carolyn Rodriguez and Defendants Tarrant County, Texas; Deputy Larry Cox; and Deputy David Ukle, by and through their undersigned counsel of record, who hereby represent that they have obtained the consent of each of their respective clients to enter into this stipulation. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the terms of the parties' settlement agreement, the matters in issue in the above-entitled action have been resolved. Plaintiff and Defendants Tarrant County, Texas; Deputy Larry Cox; and Deputy David Ukle hereby STIPULATE and AGREE that this action (including any and all claims that have been or could have been alleged by Plaintiff in the above-referenced action against Tarrant County, Texas, and any of its former, current or future officials, employees, representatives, and agents, including but not limited to Deputy Larry Cox and Deputy David Ukle) shall be, and hereby is, DISMISSED WITH PREJUDICE, with each party to bear its own fees, costs, and expenses.

Respectfully submitted,

LAW OFFICES OF CJ GRISHAM PLLC

*/s/ CJ Grisham (w/permission)*
**CJ GRISHAM**
Texas State Bar No. 24124533
Email: cj@cjgrisham.com
3809 S. General Bruce Dr.

1

Ste 103-101
Temple, Texas 76502
Telephone: 254-405-1726
**ATTORNEY FOR PLAINTIFF**
**CAROLYN RODRIGUEZ**

and

/s/ *Kenneth East (w/permission)*
Kenneth E. East
State Bar No. 00790622
Email: ken@east.law
THE LAW OFFICE OF KENNETH E. EAST
306 W. 7th Street, Suite 600
Fort Worth, Texas 76102
(817) 788-1111
**ATTORNEY FOR DEFENDANT**
**DEPUTY LARRY COX**

and

*/s/ James T. Jeffrey, Jr. (w/permission)*
JAMES T. JEFFREY, JR.
State Bar No. 10612300
Email: jim.jeffrey@sbcglobal.net
LAW OFFICES OF JIM JEFFREY
3200 W. Arkansas Lane
Arlington, Texas 76016
(817)261-3200
(817)275-5826 FAX
**ATTORNEY FOR DEFENDANT**
**DEPUTY DAVID UKLE**

and

*/s/ M. Keith Ogle*
M. KEITH OGLE
State Bar No. 24037207
Email: mkogle@tarrantcountytx.gov
TARRANT COUNTY DISTRICT
ATTORNEY'S OFFICE
401 W. Belknap, 9th Floor
Civil Division
Fort Worth, TX 76196
(817)884-1233
(817)884-1675 fax
**ATTORNEY FOR DEFENDANT**
**TARRANT COUNTY SHERIFFS OFFICE**

**CERTIFICATE OF SERVICE**

The undersigned hereby asserts that no service is necessary due to the foregoing being jointly prepared and filed. However, by virtue of filing this document, a copy is being electronically served on all counsel of record on this 2nd day of July 2024.

                                */s/ M. Keith Ogle*
                                M. KEITH OGLE
                                Assistant Criminal District Attorney